# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LESLIE GUY WILSON,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 2:19-CV-871-RSL<br><br>ORDER DIRECTING SERVICE |

This matter comes before the Court *sua sponte*. Mail addressed to petitioner Leslie Guy Wilson was returned as undeliverable. See Dkt. #5. Petitioner has filed a Notice of Change of Address in another case. See Wilson v. United States of America, 2:19-CV-489-RSL (W.D. Wash.), Dkt. #21. His new address is as follows:

>Central Arizona Florence Correctional Complex
>Leslie Guy Wilson
>21873086
>P.O. Box 6300
>Florence, AZ 85132

The Court hereby DIRECTS the Clerk of Court to enter the change of address in the present case and FURTHER DIRECTS the Clerk of Court to serve the documents at Dkts. #4, #6, #7 and #8 upon petitioner at his new address.

ORDER DIRECTING SERVICE - 1

1 DATED this 18th day of July, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING SERVICE - 2