UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE GUY WILSON, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. C19-871RSL <br><br> ORDER |

This matter comes before the Court *sua sponte*. On June 12, 2019, this Court issued an Order Directing the United States to Answer, Dkt. #4. The Order was mailed to petitioner, but was returned unopened on June 21, 2019, as petitioner apparently no longer resided at the address on file with the Court, Dkt. #5. On June 24, 2019, the government filed a response, Dkt. #6. On July 18, 2019, the Court issued an Order Directing Service on petitioner at the address that was provided in another case, Dkt. #9. See Wilson v U.S., C19-489RSL. The Clerk of Court was also directed to enter the change of address in this docket and to serve the documents at Dkts. #4, #6, #7 and #8 upon petitioner at his new address. The Order however, did not give a date by which petitioner was to file his reply.

Petitioner shall file his reply, if any, no later than Thursday, October 17, 2019. The Clerk of Court is directed to note on the Court's calendar petitioner's Motion to Vacate, Set Aside or Correct Sentence for Friday, October 18, 2019.

ORDER - 1

DATED this 27th day of September, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER - 2