Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE GUY WILSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. C19-871RSL <br><br> **ORDER SEALING EXHIBITS TO SECTION 2255 PETITION** <br><br> ~~(PROPOSED)~~ |

The Court, having considered the Government's Motion to Seal, hereby SEALS Exhibits A and B to the Government's Response to Wilson's Section 2255 petition.

DATED this 4th day of October, 2019.

_____
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assisted United States Attorney

ORDER SEALING - 1
*Wilson v. United States*, C19-871

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970